IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR126 |
| vs. | ) | |
| GREGORY LOFTIS and AMY JACOBY, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant, Amy Jacoby's unopposed Motion to Continue Trial [80]. Counsel needs additional time to consult with the defendant and prepare for trial. The government has no objection. Counsel for co-defendant, Gregory Loftis has been contacted and has objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [80] is granted, as follows:

1. The jury trial, **for both defendants**, now set for February 5, 2024, is continued to **April 22, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** January 22, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge