IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY LOFTIS,<br><br>　　　　　　　Defendant. | 8:23CR126<br><br>ORDER |

　　This matter is before the Court on the government's Motion for Dismissal (Filing No. 84) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed without prejudice as to defendant Gregory Loftis.

　　The Motion is granted, and the Indictment against Gregory Loftis is dismissed without prejudice.

　　IT IS SO ORDERED.

　　Dated this 17th day of April 2024.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　Chief United States District Judge