IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  8:23CR126 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| GREGORY LOFTIS, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on October 8, 2024 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibit 101          Motion Hearing          12/21/2023

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   October 8, 2024

BY THE COURT

s/ **Robert F. Rossiter, Jr.**
Chief, U.S.District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15